COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-16-00104-CV |
| Style: | In the Interest of J.G., a Child |
| Date motion filed*: | February 29, 2016 |
| Type of motion: | Motion for extension of time to file reporter's record |
| Party filing motion: | Court reporter (Rachel L. Gamez) |
| Document to be filed: | Reporter's record (approximately 600 pages covering 5 days of testimony) |

Is appeal accelerated?        Yes

If motion to extend time:

|  |  |
|---|---|
| Original due date: | February 17, 2016 |
| Number of previous extensions granted: | 1        Current Due date:  February 29, 2016 |
| Date Requested: | March 7, 2016 |

Ordered that motion is:

☑        Granted

   If document is to be filed, document due:  **March 7, 2016**

☑        **The Court will not grant additional motions to extend time.**

☐        Denied

☐        Dismissed (*e.g.*, want of jurisdiction, moot)

☐        Other: _____

**Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West 2013). Accordingly, no further extensions will be granted.**

Judge's signature:   /s/ Terry Jennings_____
                     ☑ Acting individually        ☐ Acting for the Court

Panel consists of   _____

Date: March 1, 2016_____

November 7, 2008 Revision